UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-62265

JOE HOUSTON,

    Plaintiff,

v.

SKIER ASSETS, LLC,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff, JOE HOUSTON, hereby advise the Court that he has reached an agreement in principle to settle the instant case with Defendant, SKIER ASSETS, LLC, via the principal for the Defendant, who is a Florida licensed attorney. The Plaintiff will file a Voluntary Dismissal with Prejudice dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Plaintiff, respectfully requests that the Court vacate all currently set dates and deadlines as to Defendant, SKIER ASSETS, LLC.

Respectfully submitted this January 3, 2023.


 /s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451

**GARCIA-MENOCAL & PEREZ, P.L.**
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553- 3464
Primary Email:  ajperez@lawgmp.com;

Secondary E-Mail: bvirues@lawgmp.com;
dperaza@lawgmp.com;
dramos@lawgmp.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this January 3, 2023.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
dperaza@lawgmp.com

By: */s/ Anthony J. Perez*
     ANTHONY J. PEREZ
     Florida Bar No.: 535451